B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT Northern District of Illinois | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): Eddie Ralph Jones Jr~ *Jones SR Jr Eddie Ralph* | Name of Joint Debtor (Spouse) (Last, First, Middle): Tiffany Naki Jones *Jones Tiffany Nikia* |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 9078 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 8198 |
| Street Address of Debtor (No. and Street, City, and State): 261 Bluegrass Pkwy Oswego, Il   ZIP CODE 60543 | Street Address of Joint Debtor (No. and Street, City, and State): 261 Bluegrass Pkwy Oswego, Il   ZIP CODE 60543 |
| County of Residence or of the Principal Place of Business: Kendall | County of Residence or of the Principal Place of Business: Kendall |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity (Check box, if applicable.) | Nature of Debts (Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ More than 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☑ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 29 2014
JEFFREY ...
PS REP ...
T. ADT, CLERK
AJ

B1 (Official Form 1) (04/13)                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Eddie Ralph Jones Jr and Tiffany Naki Jones |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)      (Date)

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                     _____
                     (Name of landlord that obtained judgment)

                     _____
                     (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Eddie Ralph Jones Jr and Tiffany Naki Jones |

| Signatures | |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor
 630-636-7151
 Telephone Number (if not represented by attorney)

 _____
 Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 (Signature of Foreign Representative)

 _____
 (Printed Name of Foreign Representative)

 _____
 Date

### Signature of Attorney*

X _____
 Signature of Attorney for Debtor(s)

 _____
 Printed Name of Attorney for Debtor(s)

 _____
 Firm Name

 _____
 Address

 _____
 Telephone Number

 _____
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

 _____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

 _____
 Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

 _____
 Address

X _____
 Signature

 _____
 Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Authorized Individual

 _____
 Printed Name of Authorized Individual

 _____
 Title of Authorized Individual

 _____
 Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re <u>Eddie Ralph Jones Jr</u>                     Case No._____
Debtor                                                          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

❐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: __7/28/14__

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re Tiffany Naki Jones                                  Case No._____
          Debtor                                                         (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Tiffany Jones*

Date: 7/28/14

FB 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **<u>before</u>** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

<u>Chapter 7</u>: **Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

Form B 201A, Notice to Consumer Debtor(s)                                          Page 2

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that yo owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization ($1,167 filing fee, $550 administrative fee: Total fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty o perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Eddie Ralph Jones Jr and Tiffany Nikia Jones_ Case No. _____

Debtor

Chapter _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer
Address:


X_____

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

_____
Social Security number (If the bankruptcy petition
preparer is not an individual, state the Social Security
number of the officer, principal, responsible person, or
partner of the bankruptcy petition preparer.) (Required
by 11 U.S.C. § 110.)


### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X_____    7/29/14
Signature of Debtor          Date

X_____
Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

List Of Creditors

Sierra auto finance
5005 Lyndon B Johnson Fwy
Dallas, TX 75380

Credit Acceptance Corp
POB 5070
SOUTHFIELD, MI 48086

Springleaf Financial
311 N NAPERVILLE RD
BOLINGBROOK, IL 60490

Acceptance Now
5501 Headquarters Dr
Plano, TX 75024

Illinois Department of Revenue
Bankruptcy Section
P.O. Box64338
Chicago, IL 60664-0338

Academic Endocrine
2001 Gary Ave
Suite 240
Wheaton, IL 60187

ACC International
Acc BLDG.
919 Estes Court
Schaumburg, IL 60193

Adventist Health Partners
PO Box 7001
Bolingbrook, IL 60440

Adventist Bolingbrook Hospital
PO Box 9247
Oak Brook, IL 60522

Adventist Bolingbrook Hospital
75 Remittance Dr
STE 6097
Chicago, IL 60675

Adventist Bolingbrook Hospital
PO Box 9287
Oak Brook, IL 60522

Adventist Hinsdale Hospital
PO Box 9247
Oak Brook, IL 60522

Advocate Good Samaritan Hospital
PO Box 93548
Chicago, IL 60673

Advocate Good Samaritan Hospital
PO Box 93548
Chicago, IL 60673

Advocate Medical Group
PO Box 92523
Chicago, IL 60675

Affiliated Group
PO Box 7739
Rochester, MN 55903

Allied Data Corporation
13111 Westheimer,
Suite 400
Houston, TX 77077

Allied Interstate Inc
PO Box 369008
Columbus, OH 43236

Allied Interstate Inc
PO Box 361373
Columbus, OH 43236

American Water / Bolingbrook
PO Box 21039
Tulsa OK, 74121

AmeriCredit
PO Box 183123
Arlington, Tx 76096

Ameriloan
PO Box 111
Miami, OK 74355

Ann & Robert H. Lurie Children's Hospital
PO Box 4066
Carol Stream, IL 60197

Accounts Receivable Management
PO Box 129
Thorofare, NJ 08086

ATG Credit
PO Box 14895
Chicago, IL 60614

Avon
6901 Golf Rd
Morton Grove, IL 60053

Bank of America
P.O. Box 25118
Tampa, FL 33622

Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, MN 55344

Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, MN 55344

DRS. Bulger, Rejowski, Dillon
950 York Rd #109
Hinsdale, IL 60521

Cash Net USA
200 west Jackson Suite 2400
Chicago, IL 60606

Cash Net USA
PO Box 643990
Cincinnati, OH 45264

Cavalry Portfolio Services, LLC
P.O. Box 27288
Tempe, AZ 85282

CBCS
P.O. Box 69
Columbus, OH 43216

CCB Credit Services, INC
PO Box 272
Springfield IL 62705

Centrix Financial, LLC
6782 S. Potomac St
Centennial, CO 80112

Center of Brain and Spine Surgery
1875 West Dempster Suite 410
Park Ridge, IL 60068

CMI Credit Management, LP
4200 International Parkway
Carrollton, TX 75007

Collection Bureau of America
25954 Eden Landing Road
Haywood, CA 94545

Comcast Cable
PO Box 173885
Denver, CO 80217

Comcast Cable
PO BOX 3002
Southeastern, PA 19398

Commonwealth Edison
Bill Payment Center
Chicago IL 60668-0002

Corporate Receivables, INC
P.O. Box 32995
Phoenix, AZ 85064

Credit America
A Division of TRAF Group
101 Grovers Mill Rd Suite 303
Lawrenceville, NJ 08648

Credit Collection Services
Payment Processing Center
P.O. Box 55126
Boston, MA 02205

Credit Management, LP
4200 International Parkway
Carrolton, TX 75007

Credit Protection Association, LP
13355 Noel Rd
Dallas, TX 75240

Creditors Protection Service
202 West state Street
P.O. box 4115
Rockford, IL 61110

Dermatology Associates of Lagrange
5201 S. Willow Springs RD
Suite430
LA Grange, IL 60525

Dialamerica Marketing, INC
960 MacArthur Boulevard
Mahwah, New jersey 07495

DIRECTV
P.O. Box 9001069
Louisville, KY 40290

DIRECTV
PO Box 78626
Phoenix, AZ 85062

Diversified Consultants, INC
P.O. Box 551268
Jacksonville FL 32255

Downers Grove Family Practice
4900 Main Street
Downers Grove, IL 60515

DuPage Medical Group
15921 Collections Center Drive
Chicago IL 60693

DuPage Medical Group
1860 Paysphere Circle
Chicago, IL 60674

DuPage Neurological Associates
P.O. Box 843450
Boston, MA 02284

DuPage Ophthalmology, SC
2500 Highland Avenue suite110
Lombard, IL 60148
Dupage Radiologists, SC
P.O. Box 70
Hinsdale IL 60522

Dymacol incorporated
3070 Lawson Blvd
Oceanside, NY 11572

Edward Health Ventures
26185 Network Place
Chicago, IL 60673

Edward Hospital
PO Box 4207
Carol Stream, IL 60197

Edward Hospital
Department 0040
Payment Processing Center
Kansas City, MO 64184

Edward Hospital
PO Box 5995
Peoria, IL 61601

EOS CCA
PO Box 981025
Boston, MA 02298

ER Solutions Inc
PO Box 9004
Renron, WA 98057

Food & Family
Billing Center
1716 Locust Street
Desmoines, IA 50309

Franklin Collectons service
PO Box 3910
Tupelo, MS 38803

GC Services
PO Box 32500
Columbus, OH 43232

Genesis Orthopedics & Sports Medicine
PO Box 479
Winfield, IL 60190

Girgis & Associates
908 N Elm Street
Suite 306
Hinsdale, IL 60521

Good Samaritan Hospital
PO Box 93548
Chicago, IL 60673

Grove Dental Associates
6800 Main Street, Suite 315
Downers Grove, IL 60516

Great Lakes
PO Box 530229
Atlanta, GA 30353

HSBC Taxpayer Fin Svcs Inc
PO Box 17037
Baltimore, MD 21297

HSBC Taxpayer Fin Svcs Inc
PO Box 10690
New Castle, DE 19720

HealthPort
PO Box 409900
Atlanta, GA 30384

Hinckley Springs
PO Box 660579
Dallas, TX 75266

Hinsdale Hospital
PO Box 9247
Oak Brook, IL 60522

Highlights
PO Box 8577
Red Oak, IA 51591

Household Credit Services
PO Box 88000
Baltimore, MD 21288

Household Bankcard Services
PO Box 17051
Baltimore, MD 21288

Illinois Collection Services
PO Box 646
Oak Lawn, IL 60454

I.C. System
PO Box 64378
St. Paul, MN 55164

Jefferson Capital Systems
16 McLeland Rd.
St. Cloud, MN 56303

Jolas & Associates
202 1st St NW
PO Box 4000
Mason City, IA 50401

Kramer Enterprises
PO Box 8808
Rockford, IL 61126

Loyola University Medical Center
PO Box 3266
Milwaukee, WI 53201

Loyola University Medical Center
2160 S First Ave
Maywood, IL 60153

Malcolm S Gerald and Associates
332 South Michigan Ave
Suite 600
Chicago, IL 60604

Midland Credit Management Inc
8875 Aero Dr
Suite 200
San Diego, CA 92123

Medical Business Bureau, INC
PO Box 1219
Park Ridge IL 60068

Men's Health
P.O. Box 7318
Red Oak, IA 51591

Merchants Credit Guide Co.
223 W. Jackson Blvd #700
Chicago IL 60606

Merchants Credit Guide Co.
223 W. Jackson Blvd #400
Chicago IL 60606

Midwest Center for Day Surgery
3811 Highland Avenue
Downers Grove, IL 60515

Midwest Pediatric Cardiology
1482 Momentum Place
Chicago, IL 60689

MiraMed Revenue Group
Dept 77304
P.O. Box 77000
Detroit MI 48277

Law Offices of Mitchell N.Kay, P.C.
7 Penn Plaza
New York, NY 10001

MK Orthopaedics, Surgery Rehabilitation
963 129th Infantry Drive
Suite 100
Joliet, IL 60435

Monterey Financial Services, INC
P.O. Box 801299
Kansas City, MO 64180

Music & Arts
4626 Wedgewood Blvd
Frederick MD 21703

M3 Financial Services, INC
P.O. Box 7230
Westchester IL 60154

Naperville Eye Associates Ltd
1855 Bay Scott Circle
Naperville, IL 60540

Naperville Radiologists S.C.
PO Box 70
Hinsdale, IL 60522

National Asset Services Company
13111 Westheimer Suite 310
Houston, Texas 77077

Nationwide Credit, INC
PO Box 26314
Lehigh Valley PA 18002

Nationwide Credit & Collection
PO Box 3159
Oak Brook IL 60522

Nationwide Credit & Collection, INC
9919 Roosevelt Rd
Westchester, IL 60154

Nationwide Credit & Collection, INC
C/o Evergreen Bank Group
P.O. Box 3219
Oak Brook IL 60522

NCO Financial Systems, INC
P.O. Box 15270
Wilmington, DE 19850

NCO Financial Systems, INC
P.O. Box 13570
Philadelphia, PA 19101

NCO Financial Systems, INC
P.O. Box 41457
Philadelphia, PA 19101

NCO Financial Systems, INC
PO box 15372
Wilmington, DE19850

Nicor Gas
PO Box 5407
Carol Stream, IL 60197

Oxford Management Services
DirecTV
PO Box 78626
Phoenix, AZ 85062

Pamela E Dorne MD
7420 Central Ave
Suite 2010
River Forest, IL 60305

Pellettieri & Associates
991 Oak Creek Dr
Lombard, IL 60148

Peoples Gas
Chicago, IL 60687

PFG of Minnesota
7825 Washington Ave S
Suite 310
Minneapolis, Mn 55439

Physicians Immediate Care
PO Box 544
Dept 5390
Milwaukee, WI 53201

Pioneer Credit Recovery
PO Box 158
Arcade, NY 14009

Plainfield East High School
12001 S Naperville, IL 60585

Premiere Credit of North America
PO Box 19901
Indianapolis, IN 46219

Professional Account Management
Collection Service Division
PO Box 391
Milwaukee, WI 53201

Professional Bureau of Collections of Maryland
PO Box 628
Elk Grove, CA 95759

Professional Credit Services
PO Box 397
Farmingdale, NY 11735

Progressive Financial Services
PO Box 24098
Temple, AZ 85285

Revenue Cycle Solutions
PO Box 7229
Westchester, IL 60154

Retrieval Masters Creditors Bureau
PO Box 1234
Elmsford, NY 10523

Receivable Management Services
4836 Breckensville Rd
PO Box 509
Richfield, OH 44286

Receivable Performance Management
20816 44th Ave W
Lynwood, WA 98036

Salute
PO Box 105555
Atlanta, GA 30348

Scholastic
Disney Princess
PO Box 6043
Jefferson City, MO 65102

I Spy Scholastic
PO Box 6027
Jefferson City, MO 65102

Silver Cross Hospital
PO Box 739
Moline, IL 61266

Silver Cross Hospital
PO Box 100
Joliet, IL 60434

Sprint
PO Box 650270
Dallas, TX 75265

Sprint
PO Box 4191
Carol Stream, IL 60197

State Collection Service
PO Box 6586
Madison, WI 53716

Suburban Radiologists, SC
1446 Momentum Place
Chicago IL 60689

Superior Asset Management, INC
PO Box 468089
Atlanta GA 31146

Target Corporation Recovery Services
P.O. Box 30171
Tampa. FL 33630

TCF National Bank
800 Burr Ridge Pkwy
Burr Ridge, IL 60527

TCF Bank
200 Lake Street East
Wayzata, MN 55391

Tee Time Lawn Care, INC
24137 West Riverwalk Ct
Plainfield, IL 60544

The Affiliated Credit Services
PO Box 7739
Rochester MN 55903

The Dental Loft
1 W Harrison Ave
#2a
La Grange, IL 60525

The Pediatric faculty Foundation, INC
P.O. Box 4051
Carol Stream, IL 60197

Thomas R. Mizen
6187 S. Archer
Suite 101
Chicago IL 60638

Transworld Systems, INC
Collection Agency
1375 East Woodfield Rd suite #110
Schaumburg IL

Trasworld Systems, INC
6920 220 St SW
#105
Mountlake Terrace WA 98043

Transworld Systems
P.O. Box 1864
Santa Rosa CA 95402

TRS Recovery Services
5251 Westheimer Road # B100
Houston, TX 77056

Tribute
Payment Processing
PO Box 790193
St. Louis, MO 63179

UIC Medical Center
135 S. Lasalle, Dept 8332
Chicago, IL 60674

University of Chicago Medical Center
15965 Collections Center Drive
Chicago IL 60693

University of Chicago Physicians Group
75 Remittance Dr., Suite 1385
Chicago, IL 60675

United Collection Bureau, INC
5620 Southwyck Blvd Suite 206
Toledo. Ohio 43614

US Department of Education
National Payment Center
PO Box 105028
Atlanta GA 30348

Van Ru Credit Corporation
1350 East Touhy Ave Suite 100E
Des Plaines IL 60018

Vegetarian Times
P.O. Box 420235
Palm Coast FL 32142

Village Of Romeoville
1050 West Romeo Rd
Romeoville Il60446

VIP loan shop
4 Solomon's Arcade, Charlestown
Nevis, West Indie

Vision Financial Services
P.O. Box 1768
LaPorte IN 46352

VMC & Associates, INC
P.O. Box 429
Maywood IL 60153

Waste Management
PO Box 4647
Carol Stream IL 60197

West Asset Management, INC
P.O. BOX 956842
St. Louis MO 63195

West Asset Management, INC
P.O. Box 723447
Atlanta, GA 31139

West Suburban Pediatric Endocrinal
PO Box 7001
Bolingbrook IL 60440

West Suburban Women's Health
75 Remittance Dr
#3247
Chicago IL 60675

Windham Professionals Inc
PO Box 1048
Salem, NH 03079

Xoom Energy
6716 Grade Lane Building 9
Suite 910
Louisville, KY 40213

York ENT Surgical Consultants
950 York Rd
Suite 110
Hinsdale, IL 60521

Sierra auto finance
5005 Lyndon B Johnson Fwy
Dallas, TX 75380

Credit Acceptance Corp
POB 5070
SOUTHFIELD, MI 48086

Springleaf Financial
311 N NAPERVILLE RD
BOLINGBROOK, IL 60490

Acceptance Now
5501 Headquarters Dr
Plano, TX 75024

Illinois Department of Revenue
Bankruptcy Section
P.O. Box64338
Chicago, IL 60664-0338

Academic Endocrine
2001 Gary Ave
Suite 240
Wheaton, IL 60187

ACC International
Acc BLDG.
919 Estes Court
Schaumburg, IL 60193

Adventist Health Partners
PO Box 7001
Bolingbrook, IL 60440

Adventist Bolingbrook Hospital
PO Box 9247
Oak Brook, IL 60522

Adventist Bolingbrook Hospital
75 Remittance Dr
STE 6097
Chicago, IL 60675

Adventist Bolingbrook Hospital
PO Box 9287
Oak Brook, IL 60522

Adventist Hinsdale Hospital
PO Box 9247
Oak Brook, IL 60522

Advocate Good Samaritan Hospital
PO Box 93548
Chicago, IL 60673

Advocate Good Samaritan Hospital
PO Box 93548
Chicago, IL 60673

Advocate Medical Group
PO Box 92523
Chicago, IL 60675

Affiliated Group
PO Box 7739
Rochester, MN 55903

Allied Data Corporation
13111 Westheimer,
Suite 400
Houston, TX 77077

Allied Interstate Inc
PO Box 369008
Columbus, OH 43236

Allied Interstate Inc
PO Box 361373
Columbus, OH 43236

American Water / Bolingbrook
PO Box 21039
Tulsa OK, 74121

AmeriCredit
PO Box 183123
Arlington, Tx 76096

Ameriloan
PO Box 111
Miami, OK 74355

Ann & Robert H. Lurie Children's Hospital
PO Box 4066
Carol Stream, IL 60197

Accounts Receivable Management
PO Box 129
Thorofare, NJ 08086

ATG Credit
PO Box 14895
Chicago, IL 60614

Avon
6901 Golf Rd
Morton Grove, IL 60053

Bank of America
P.O. Box 25118
Tampa, FL 33622

Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, MN 55344

Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, MN 55344

DRS. Bulger, Rejowski, Dillon
950 York Rd #109
Hinsdale, IL 60521

Cash Net USA
200 west Jackson Suite 2400
Chicago, IL 60606

Cash Net USA
PO Box 643990
Cincinnati, OH 45264

Cavalry Portfolio Services, LLC
P.O. Box 27288
Tempe, AZ 85282

CBCS
P.O. Box 69
Columbus, OH 43216

CCB Credit Services, INC
PO Box 272
Springfield IL 62705

Centrix Financial, LLC
6782 S. Potomac St
Centennial, CO 80112

Center of Brain and Spine Surgery
1875 West Dempster Suite 410
Park Ridge, IL 60068

CMI Credit Management, LP
4200 International Parkway
Carrollton, TX 75007

Collection Bureau of America
25954 Eden Landing Road
Haywood, CA 94545

Comcast Cable
PO Box 173885
Denver, CO 80217

Comcast Cable
PO BOX 3002
Southeastern, PA 19398

Commonwealth Edison
Bill Payment Center
Chicago IL 60668-0002

Corporate Receivables, INC
P.O. Box 32995
Phoenix, AZ 85064

Credit America
A Division of TRAF Group
101 Grovers Mill Rd Suite 303
Lawrenceville, NJ 08648

Credit Collection Services
Payment Processing Center
P.O. Box 55126
Boston, MA 02205

Credit Management, LP
4200 International Parkway
Carrolton, TX 75007

Credit Protection Association, LP
13355 Noel Rd
Dallas, TX 75240

Creditors Protection Service
202 West state Street
P.O. box 4115
Rockford, IL 61110

Dermatology Associates of Lagrange
5201 S. Willow Springs RD
Suite430
LA Grange, IL 60525

Dialamerica Marketing, INC
960 MacArthur Boulevard
Mahwah, New jersey 07495

DIRECTV
P.O. Box 9001069
Louisville, KY 40290

DIRECTV
PO Box 78626
Phoenix, AZ 85062

Diversified Consultants, INC
P.O. Box 551268
Jacksonville FL 32255

Downers Grove Family Practice
4900 Main Street
Downers Grove, IL 60515

DuPage Medical Group
15921 Collections Center Drive
Chicago IL 60693

DuPage Medical Group
1860 Paysphere Circle
Chicago, IL 60674

DuPage Neurological Associates
P.O. Box 843450
Boston, MA 02284

DuPage Ophthalmology, SC
2500 Highland Avenue suite110
Lombard, IL 60148
Dupage Radiologists, SC
P.O. Box 70
Hinsdale IL 60522

Dymacol incorporated
3070 Lawson Blvd
Oceanside, NY 11572

Edward Health Ventures
26185 Network Place
Chicago, IL 60673

Edward Hospital
PO Box 4207
Carol Stream, IL 60197

Edward Hospital
Department 0040
Payment Processing Center
Kansas City, MO 64184

Edward Hospital
PO Box 5995
Peoria, IL 61601

EOS CCA
PO Box 981025
Boston, MA 02298

ER Solutions Inc
PO Box 9004
Renron, WA 98057

Food & Family
Billing Center
1716 Locust Street
Desmoines, IA 50309

Franklin Collectons service
PO Box 3910
Tupelo, MS 38803

GC Services
PO Box 32500
Columbus, OH 43232

Genesis Orthopedics & Sports Medicine
PO Box 479
Winfield, IL 60190

Girgis & Associates
908 N Elm Street
Suite 306
Hinsdale, IL 60521

Good Samaritan Hospital
PO Box 93548
Chicago, IL 60673

Grove Dental Associates
6800 Main Street, Suite 315
Downers Grove, IL 60516

Great Lakes
PO Box 530229
Atlanta, GA 30353

HSBC Taxpayer Fin Svcs Inc
PO Box 17037
Baltimore, MD 21297

HSBC Taxpayer Fin Svcs Inc
PO Box 10690
New Castle, DE 19720

HealthPort
PO Box 409900
Atlanta, GA 30384

Hinckley Springs
PO Box 660579
Dallas, TX 75266

Hinsdale Hospital
PO Box 9247
Oak Brook, IL 60522

Highlights
PO Box 8577
Red Oak, IA 51591

Household Credit Services
PO Box 88000
Baltimore, MD 21288

Household Bankcard Services
PO Box 17051
Baltimore, MD 21288

Illinois Collection Services
PO Box 646
Oak Lawn, IL 60454

I.C. System
PO Box 64378
St. Paul, MN 55164

Jefferson Capital Systems
16 McLeland Rd.
St. Cloud, MN 56303

Jolas & Associates
202 1st St NW
PO Box 4000
Mason City, IA 50401

Kramer Enterprises
PO Box 8808
Rockford, IL 61126

Loyola University Medical Center
PO Box 3266
Milwaukee, WI 53201

Loyola University Medical Center
2160 S First Ave
Maywood, IL 60153

Malcolm S Gerald and Associates
332 South Michigan Ave
Suite 600
Chicago, IL 60604

Midland Credit Management Inc
8875 Aero Dr
Suite 200
San Diego, CA 92123

Medical Business Bureau, INC
PO Box 1219
 Park Ridge IL 60068

Men's Health
P.O. Box 7318
Red Oak, IA 51591

Merchants Credit Guide Co.
223 W. Jackson Blvd #700
Chicago IL 60606

Merchants Credit Guide Co.
223 W. Jackson Blvd #400
Chicago IL 60606

Midwest Center for Day Surgery
3811 Highland Avenue
Downers Grove, IL 60515

Midwest Pediatric Cardiology
1482 Momentum Place
Chicago, IL 60689

MiraMed Revenue Group
Dept 77304
P.O. Box 77000
Detroit MI 48277

Law Offices of Mitchell N.Kay, P.C.
7 Penn Plaza
 New York, NY 10001

MK Orthopaedics, Surgery Rehabilitation
963 129th Infantry Drive
Suite 100
Joliet, IL 60435

Monterey Financial Services, INC
P.O. Box 801299
Kansas City, MO 64180

Music & Arts
4626 Wedgewood Blvd
Frederick MD 21703

M3 Financial Services, INC
P.O. Box 7230
Westchester IL 60154

Naperville Eye Associates Ltd
1855 Bay Scott Circle
Naperville, IL 60540

Naperville Radiologists S.C.
PO Box 70
Hinsdale, IL 60522

National Asset Services Company
13111 Westheimer Suite 310
Houston, Texas 77077

Nationwide Credit, INC
PO Box 26314
Lehigh Valley PA 18002

Nationwide Credit & Collection
PO Box 3159
Oak Brook IL 60522

Nationwide Credit & Collection, INC
9919 Roosevelt Rd
Westchester, IL 60154

Nationwide Credit & Collection, INC
C/o Evergreen Bank Group
P.O. Box 3219
Oak Brook IL 60522

NCO Financial Systems, INC
P.O. Box 15270
Wilmington, DE 19850

NCO Financial Systems, INC
P.O. Box 13570
Philadelphia, PA 19101

NCO Financial Systems, INC
P.O. Box 41457
Philadelphia, PA 19101

NCO Financial Systems, INC
PO box 15372
Wilmington, DE19850

Nicor Gas
PO Box 5407
Carol Stream, IL 60197

Oxford Management Services
DirecTV
PO Box 78626
Phoenix, AZ 85062

Pamela E Dorne MD
7420 Central Ave
Suite 2010
River Forest, IL 60305

Pellettieri & Associates
991 Oak Creek Dr
Lombard, IL 60148

Peoples Gas
Chicago, IL 60687

PFG of Minnesota
7825 Washington Ave S
Suite 310
Minneapolis, Mn 55439

Physicians Immediate Care
PO Box 544
Dept 5390
Milwaukee, WI 53201

Pioneer Credit Recovery
PO Box 158
Arcade, NY 14009

Plainfield East High School
12001 S Naperville, IL 60585

Premiere Credit of North America
PO Box 19901
Indianapolis, IN 46219

Professional Account Management
Collection Service Division
PO Box 391
Milwaukee, WI 53201

Professional Bureau of Collections of Maryland
PO Box 628
Elk Grove, CA 95759

Professional Credit Services
PO Box 397
Farmingdale, NY 11735

Progressive Financial Services
PO Box 24098
Temple, AZ 85285

Revenue Cycle Solutions
PO Box 7229
Westchester, IL 60154

Retrieval Masters Creditors Bureau
PO Box 1234
Elmsford, NY 10523

Receivable Management Services
4836 Breckensville Rd
PO Box 509
Richfield, OH 44286

Receivable Performance Management
20816 44th Ave W
Lynwood, WA 98036

Salute
PO Box 105555
Atlanta, GA 30348

Scholastic
Disney Princess
PO Box 6043
Jefferson City, MO 65102

I Spy Scholastic
PO Box 6027
Jefferson City, MO 65102

Silver Cross Hospital
PO Box 739
Moline, IL 61266

Silver Cross Hospital
PO Box 100
Joliet, IL 60434

Sprint
PO Box 650270
Dallas, TX 75265

Sprint
PO Box 4191
Carol Stream, IL 60197

State Collection Service
PO Box 6586
Madison, WI 53716

Suburban Radiologists, SC
1446 Momentum Place
Chicago IL 60689

Superior Asset Management, INC
PO Box 468089
Atlanta GA 31146

Target Corporation Recovery Services
P.O. Box 30171
Tampa. FL 33630

TCF National Bank
800 Burr Ridge Pkwy
Burr Ridge, IL 60527

TCF Bank
200 Lake Street East
Wayzata, MN 55391

Tee Time Lawn Care, INC
24137 West Riverwalk Ct
Plainfield, IL 60544

The Affiliated Credit Services
PO Box 7739
Rochester MN 55903

The Dental Loft
1 W Harrison Ave
#2a
La Grange, IL 60525

The Pediatric faculty Foundation, INC
P.O. Box 4051
Carol Stream, IL 60197

Thomas R. Mizen
6187 S. Archer
Suite 101
Chicago IL 60638

Transworld Systems, INC
Collection Agency
1375 East Woodfield Rd suite #110
Schaumburg IL

Trasworld Systems, INC
6920 220 St SW
#105
Mountlake Terrace WA 98043

Transworld Systems
P.O. Box 1864
Santa Rosa CA 95402

TRS Recovery Services
5251 Westheimer Road # B100
Houston, TX 77056

Tribute
Payment Processing
PO Box 790193
St. Louis, MO 63179

UIC Medical Center
135 S. Lasalle, Dept 8332
Chicago, IL 60674

University of Chicago Medical Center
15965 Collections Center Drive
Chicago IL 60693

University of Chicago Physicians Group
75 Remittance Dr., Suite 1385
Chicago, IL 60675

United Collection Bureau, INC
5620 Southwyck Blvd Suite 206
Toledo. Ohio 43614

US Department of Education
National Payment Center
PO Box 105028
Atlanta GA 30348

Van Ru Credit Corporation
1350 East Touhy Ave Suite 100E
Des Plaines IL 60018

Vegetarian Times
P.O. Box 420235
Palm Coast FL 32142

Village Of Romeoville
1050 West Romeo Rd
Romeoville Il60446

VIP loan shop
4 Solomon's Arcade, Charlestown
Nevis, West Indie

Vision Financial Services
P.O. Box 1768
LaPorte IN 46352

VMC & Associates, INC
P.O. Box 429
Maywood IL 60153

Waste Management
PO Box 4647
Carol Stream IL 60197

West Asset Management, INC
P.O. BOX 956842
St. Louis MO 63195

West Asset Management, INC
P.O. Box 723447
Atlanta, GA 31139

West Suburban Pediatric Endocrinal
PO Box 7001
Bolingbrook IL 60440

West Suburban Women's Health
75 Remittance Dr
 #3247
Chicago IL 60675

Windham Professionals Inc
PO Box 1048
Salem, NH 03079

Xoom Energy
6716 Grade Lane Building 9
Suite 910
Louisville, KY 40213

York ENT Surgical Consultants
950 York Rd
Suite 110
Hinsdale, IL 60521

West Suburban Women's Health
75 Remittance Dr
 #3247
Chicago IL 60675

Windham Professionals Inc
PO Box 1048
Salem, NH 03079

Xoom Energy
6716 Grade Lane Building 9
Suite 910
Louisville, KY 40213

York ENT Surgical Consultants
950 York Rd
Suite 110
Hinsdale, IL 60521